UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:CR-18-39 |
| v. | : | (JUDGE      ) |
| CHRISTOPHER BEREZNAK<br>　　　Defendant | : | |

**FILED SCRANTON**
**FEB 0 6 2018**
PER _____
DEPUTY CLERK

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### Introduction

At times material to this Indictment:

1. The defendant, Christopher BEREZNAK, was a Doctor of Dental Medicine (DMD) licensed by the Commonwealth of Pennsylvania. BEREZNAK held a Drug Enforcement Administration (DEA) registration and operated a dental practice in Tunkhannock, Wyoming County, within the Middle District of Pennsylvania.

2. As a Doctor of Dental Medicine with a DEA registration, BEREZNAK was authorized to prescribe and/or dispense controlled substances to patients for legitimate medical purposes and in the usual course of a professional practice.

3. In or about May 2017, BEREZNAK initiated a personal relationship with AG via Craigslist that continued until the time of AG's death on or about July 20, 2016. BEREZNAK did not establish or engage in a legitimate doctor/patient relationship with AG.

## COUNTS 1 through 9

### 21 U.S.C. § 841(a)(1)
### (Unlawful Distribution and Dispensing of a Controlled Substance)

4. The allegations contained in paragraphs 1 through 3 of this Indictment are incorporated herein.

5. On or about the dates set forth below, in the Middle District of Pennsylvania and elsewhere, the defendant,

## CHRISTOPHER BEREZNAK

did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, and aided and abetted the distribution and dispensing of, outside the usual course of a professional practice and not for a legitimate medical purpose, the controlled substances, as listed below, each of which constitutes a separate count of this Indictment:

| COUNT | APPROXIMATE DATE OF DISTRIBUTION/ DISPENSING | PATIENT | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 1 | June 2, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |
| 2 | June 6, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |
| 3 | June 9, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |
| 4 | June 14, 2016 | AG | Diazepam (Schedule IV) |
| 5 | June 16, 2016 | AG | Percocet (Oxycodone/Acetaminophen) (Schedule II) |
| 6 | June 18, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |
| 7 | July 6, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |
| 8 | July 12, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |
| 9 | July 18, 2016 | AG | Soma (Carisoprodol) (Schedule IV) |

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, § 2.

A TRUE BILL

02/06/2018
DATE

DAVID J. FREED
United States Attorney

Feb. 6, 2018
DATE

MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY