## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:18-CR-39 |
| CHRISTOPHER BEREZNAK, | (JUDGE CAPUTO) |
| Defendant. | |

## <u>ORDER</u>

**NOW**, this 13th day of April, 2018, **IT IS HEREBY ORDERED** that Defendant Christopher Bereznak's Motion to Dismiss the Indictment is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge