**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:18-CR-39 |
| CHRISTOPHER BEREZNAK, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 27th day of April, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Christopher Bereznak's Motion to Suppress text messages and Prescription Drug Monitoring Program data is **DENIED with prejudice**;

(2) Defendant's Motion In Limine to exclude text messages from trial for lack of authentication is **DENIED without prejudice**; and

(3) Defendant's request for a hearing is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge