Rev. 03/16

# United States District Court

for the

MIDDLE District of PENNSYLVANIA

UNITED STATES, Plaintiff,

v.  Case No. 3:18-CR-39

CHRISTOPHER BEREZNAK, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that CHRISTOPHER BEREZNAK (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit THIRD (from the final judgment) (from an order) (Motion for Suppression) Doc. 15 entered in this action on April 27, 2018

_Lawrence Kansky Esq._
(Signature of appellant or attorney)

LAWRENCE J. KANKSY, ESQUIRE

400 THIRD AVENUE, SUITE 312

KINGSTON, PA 18704

larry.kansky@gmail.com