THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BEREZNAK, : <br>     Petitioner : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA, : <br>     Respondent : | CASE NO. 3:18-CR-39 <br> (RELATED CASE NO. 3:21-CV-692) <br><br> (JUDGE MARIANI) |

**ORDER**

**AND NOW, THIS** \_\_6th\_\_ **DAY OF SEPTEMBER, 2024,** for the reasons set forth in the Court's accompanying Memorandum Opinion, upon consideration of Christopher Bereznak's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 118) and all relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Christopher Bereznak's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 118) is **DISMISSED** as moot;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **CLOSE** civil action No. 3:21-cv-692.

Robert D. Mariani
United States District Judge